IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**RENTPATH HOLDINGS, INC.,**<br><br>Debtor.<br><br>Tax I.D. No. 45-2461735 | Chapter 11<br><br>Case No. 20-10312 (BLS) |
| In re<br><br>**RENTPATH, LLC,**<br><br>Debtor.<br><br>Tax I.D. No. 13-3647573 | Chapter 11<br><br>Case No. 20-10313 (BLS) |
| In re<br><br>**CONSUMER SOURCE HOLDINGS LLC,**<br><br>Debtor.<br><br>Tax I.D. No. 58-1858150 | Chapter 11<br><br>Case No. 20-10314 (BLS) |
| In re<br><br>**DISCOVER HOME NETWORK, LLC,**<br><br>Debtor.<br><br>Tax I.D. No. 27-0664311 | Chapter 11<br><br>Case No. 20-10315 (BLS) |

| | |
|---|---|
| In re<br><br>**EASY MEDIA, LLC,**<br><br>Debtor.<br><br>Tax I.D. No. 82-4515455 | **Chapter 11**<br><br>**Case No. 20-10316 (BLS)** |
| In re<br><br>**ELECTRONIC LEAD MANAGEMENT, INC.,**<br><br>Debtor.<br><br>Tax I.D. No. 27-2664986 | **Chapter 11**<br><br>**Case No. 20-10317 (BLS)** |
| In re<br><br>**ELECTRONIC LEAD MANAGEMENT MA, INC.,**<br><br>Debtor.<br><br>Tax I.D. No. 61-1813113 | **Chapter 11**<br><br>**Case No. 20-10318 (BLS)** |
| In re<br><br>**ELECTRONIC LEAD MANAGEMENT VA, INC.,**<br><br>Debtor.<br><br>Tax I.D. No. 37-1857698 | **Chapter 11**<br><br>**Case No. 20-10319 (BLS)** |

RLF1 22900070V.1

```
------------------------------------------------------- x
In re                                                   :
                                                        :   Chapter 11
LIVE RESPONSE SOLUTIONS                                 :
HOLDINGS, LLC,                                          :
                                                        :   Case No. 20-10320 (BLS)
         Debtor.                                        :
                                                        :
Tax I.D. No. 46-3020462                                 :
                                                        :
------------------------------------------------------- x
                                                        :
In re                                                   :
                                                        :
                                                        :   Chapter 11
LIVE RESPONSE SOLUTIONS, LLC,                           :
                                                        :
                                                        :   Case No. 20-10321 (BLS)
         Debtor.                                        :
                                                        :
Tax I.D. No. 36-4765120                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :
                                                        :
                                                        :   Chapter 11
VIVA GROUP BROKERAGE, INC.,                             :
                                                        :
                                                        :   Case No. 20-10323 (BLS)
         Debtor.                                        :
                                                        :
Tax I.D. No. 46-5187156                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :
                                                        :   Chapter 11
VIVA GROUP, LLC,                                        :
                                                        :
                                                        :   Case No. 20-10322 (BLS)
         Debtor.                                        :
                                                        :
Tax I.D. No. 95-4740789                                 :
------------------------------------------------------- x
```

3

## ORDER PURSUANT TO FED R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated February 12, 2020 (the "**Motion**")[1] of RentPath Holdings, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Martin Declaration; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-10312 (BLS).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **RENTPATH HOLDINGS, INC.,** *et al.*, | : | **Case No. 20–10312 (BLS)** |
| | : | |
| **Debtors.** [1] | : | **(Jointly Administered)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: RentPath Holdings, Inc. (1735); RentPath, LLC (7573); Consumer Source Holdings LLC (8150); Discover Home Network, LLC (4311); Easy Media, LLC (5455); Electronic Lead Management, Inc. (4986); Electronic Lead Management MA, Inc. (3113); Electronic Lead Management VA, Inc. (7698); Live Response Solutions Holdings, LLC (0462); Live Response Solutions, LLC (5120); Viva Group Brokerage, Inc. (7156); and Viva Group, LLC (0789). The Debtors' mailing address is 950 East Paces Ferry Road NE, Suite 2600, Atlanta, Georgia 30326.

5. A docket entry shall be made in each of the above-captioned cases (other than in the chapter 11 case of RentPath Holdings, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of RentPath Holdings, Inc., *et al.* The docket in Case No. 20-10312 (BLS) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

RLF1 22900070V.1

5

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: ____February 13____, 2020
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE